UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST : <br> COMPANY, AS INDENTURE TRUSTEE : <br> FOR AMERICAN HOME MORTGAGE : <br> INVESTMENT TRUST 2005-2, : <br>    Plaintiff, : <br>    : <br> v.                                                              : <br>    : <br> MARY-ANN PANARO GRADY, : <br> JPMORGAN CHASE BANK, NA, : <br> TOWN OF CUMBERLAND, and ASSET : <br> ACCEPTANCE LLC, : <br>    Defendants. : | C.A. No. 18-213WES |

**MEMORANDUM AND ORDER**

PATRICIA A. SULLIVAN, United States Magistrate Judge.

On July 9, 2018, the Court granted the motion of Defendant Mary-Anne Panaro Grady to set aside the Clerk's default entered against her and ordered her to answer or otherwise respond to the complaint by September 9, 2018. She made a filing on September 9, which could be interpreted as an answer in that it asserts that the complaint should be dismissed and appears to assert the Fair Credit Reporting Act as a potential defense to the complaint. However, in the same filing, she also moved for an Order that the already-vacated default be set aside. Since, she has made two more filings asking for the same relief. Because the default was set aside on July 9, 2018, the Court cannot grant this relief.

The Court denies as moot Ms. Panaro Grady's motion to dismiss entry of default or to set aside her default. ECF No. 28. Otherwise, the Court does not interpret the September 9, 2018, filing to be making any other motion on which the Court can act at this time. To clarify the status of the case, the Court will conduct a status conference that will be separately noticed.

Between now and the status conference, Defendant Panaro Grady is ordered to stop filing motions to vacate or set aside the already-vacated Clerk's default against her.

So ordered.

/s/ Patricia A. Sullivan
PATRICIA A. SULLIVAN
United States Magistrate Judge
September 17, 2018